# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153723

JEFFREY HAKSLUOTO and
CAROL HAKSLUOTO,
      Plaintiffs-Appellants,

v

MT. CLEMENS REGIONAL MEDICAL
CENTER, a/k/a McLAREN MACOMB
GENERAL RADIOLOGY ASSOCIATES,
P.C. and ELI SHAPIRO, D.O.,
      Defendants-Appellees.

SC: 153723
COA: 323987
Macomb CC: 2014-002556-NH

_____/

      On order of the Court, the application for leave to appeal the February 18, 2016 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether a notice of intent under MCL 600.2912b that is mailed on what would otherwise be the last day of the limitations period of MCL 600.5805(6) tolls the limitations period, as provided by MCL 600.5856(c); and (2) if the limitations period was tolled in this case, whether the plaintiffs were required to file on the 182nd day of the notice period or the day after the 182nd day in order for their Complaint to be timely. See MCR 1.108(1) ("the period runs until the end of the . . . day).

      The Michigan Association for Justice, the Michigan Defense Trial Counsel, Inc., and the Negligence Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



a1116

Clerk